

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 4:20CR 00193 BSM |
| | ) | |
| GANELL TUBBS | ) | Title 18, U.S.C. §1014 |
| | ) | Title 18, U.S.C. §1344 |
| | ) | Title 18, U.S.C. §1957 |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of the defendant prior to arrest and to protect officers executing the arrest warrant, the United States requests that the above-styled indictment be sealed until the defendant is in custody or has been released pending trial.

CODY HILAND
United States Attorney

BY: PATRICK HARRIS
AR Bar # 85069
Senior Litigation Counsel
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Pat.harris@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the defendant is in custody or has been released pending trial.

July 7, 2020
DATE

_____
UNITED STATES MAGISTRATE JUDGE